Rosulo G. RIVERA, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 01–3258.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2001.

ORDER

Rosulo G. Rivera has failed to respond within the time allowed, to the court order

**906**

of August 15, 2001, to show cause why his petition for review should not be dismissed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Rivera's motion for leave to proceed in forma pauperis is moot.